IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY E. SMITH SR.,

    Plaintiff,

v.

CAPITAL CARTAGE, INC.,
MARY HERMANSON and
ROLYN HERMANSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-684-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as to defendants Mary Hermanson and Rolyn Hermanson, denying plaintiff Gregory Smith's motion for permission to respond to defendant's arguments regarding plaintiff's exhibits, granting summary judgment in favor of defendant Capital Cartage, Inc. and dismissing this case.

By: *[signature]* Lynn Kamla, Deputy Clerk
Peter Oppeneer, Clerk of Court

1-11-11
Date